A CERTIFIED TRUE COPY
ATTEST

By Jakela Mells on Mar 20, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Mar 04, 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

C 08 5440 JSW

**CONDITIONAL TRANSFER ORDER (CTO-319)**

FILED
APR - 1 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,244 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 20, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3·24·09
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY  
LITIGATION (NO. VI)

Page 1 of 5

MDL No. 875

## SCHEDULE CTO-319 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 08-501 | Larry Lindquist, et al. v. CLA-VAL Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 08-5439 | Pauline Smithson, et al. v. General Electric Co., et al. |
| CAN 3 08-5440 | Shirley Ruby Holliday, et al. v. General Electric Co., et al. |
| **LOUISIANA EASTERN** | |
| ~~LAE 2 09-65~~ | ~~Frank J. Williams, Jr. v. Lockheed Martin Corp., et al.~~ |
| | Opposed 3/20/09 |
| **MASSACHUSETTS** | |
| MA 1 08-10078 | William A. O'Connell v. Foster Wheeler Energy Corp., et al. |
| **MAINE** | |
| ME 1 09-32 | Joseph N. Vigue, et al. v. Metropolitan Life Insurance Co., et al. |
| ME 2 09-7 | Susan Leet, etc. v. Aurora Pump Co., et al. |
| **MINNESOTA** | |
| MN 0 08-6408 | Leo J. Selz v. Soo Line Railroad Co. |
| MN 0 08-6473 | Edward Taticek v. Soo Line Railroad Co. |
| MN 0 09-97 | Robert E. Mannelin v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-98 | Lawrence Maul v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-99 | Douglas A. Nystedt v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-101 | Brenda Bischoff, etc. v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-102 | Kenneth L. Olson v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-103 | John Plevell v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-104 | James E. Butler, Jr. v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-105 | Clarence A. Cripps v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-106 | Robert W. Pulkinen v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-107 | James J. Dauer v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-108 | Daniel F. Gangl v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-109 | Gerald D. Saw v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-111 | Marlyn Grunwald v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-112 | Mark D. Jackson v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-113 | John B. Thomatz v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-114 | Louis R. Karakash v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-115 | Karl R. Kuth v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-116 | Carlo V. Toivari v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-117 | Leslie R. Wiedenhoft v. Garlock Sealing Technologies, LLC, et al. |

**MDL No. 875 - Schedule CTO-319 Tag-Along Actions (Continued)**

| | | |
|---|---|---|
| MN 0 09-118 | | Donald W. Zimmer v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-126 | | Joseph M. Baudek v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-128 | | Robert L. Gouldin v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-188 | | Robert H. Mingo v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 09-189 | | Michael L. Paun v. Garlock Sealing Technologies, LLC, et al. |

**NORTH CAROLINA MIDDLE**

| | | |
|---|---|---|
| NCM 1 08-935 | | Dale Litaker, etc. v. Aqua-Chem, Inc., et al. |
| NCM 1 09-13 | | Jimmy A. Miller, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 09-14 | | Tyre L. Nicholson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 09-16 | | Elmer Leslie Sisk, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 09-35 | | Dwight Allen Barnhardt, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 09-36 | | Paul Pritchett, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 09-47 | | Jim Allen Woodell, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 09-48 | | Terry Russell Tilley v. Aqua-Chem, Inc., et al. |
| NCM 1 09-49 | | Robert Kenneth Whitlock, Sr. v. Aqua-Chem, Inc., et al. |
| NCM 1 09-55 | | Michael Cleve Bray, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 09-56 | | Larry Joe Almond, et al. v. Aqua-Chem, Inc., et al. |

**NORTH CAROLINA WESTERN**

| | | |
|---|---|---|
| NCW 1 08-372 | | Troy J. McAuley, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-374 | | David Lee Pope, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-448 | | Gary C. Whitworth, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-4 | | Robert Lee Nichols, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-5 | | Grover M. Ensley, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-6 | | Jim M. Vance, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-8 | | Franklin Clinton Cloninger v. Aqua-Chem, Inc., et al. |
| NCW 1 09-9 | | Eldridge Elmer Clark, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-11 | | Johnny Miller Lytton, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-12 | | James Lee Plummer, Sr. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-13 | | George Wagoner Ferguson, III, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-14 | | Verline Borders Petty, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-15 | | Larry Eugene Mauldin v. Aqua-Chem, Inc., et al. |
| NCW 1 09-16 | | Stanley Earl Fox, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-17 | | Gary Marvin Tench, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-19 | | Gregory Lewis Gabriel, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-20 | | Darrell Edward Garrison, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-21 | | Richard Volan Rumfelt v. Aqua-Chem, Inc., et al. |
| NCW 1 09-24 | | James Phillip Rhodes, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-25 | | Clarence Barlow v. Aqua-Chem, Inc., et al. |
| NCW 1 09-26 | | James Edgar Cooper, III, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-319 Tag-Along Actions (Continued)**

| | |
|---|---|
| NCW 1 09-27 | Ernest Wade Currie, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-28 | Gary Eugene Davis, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-32 | Dennis Ray Drum, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-33 | Ronnie Lewis Finger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-34 | David Sloan Edwards, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-35 | Donna Teague Garver, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-36 | Joseph Dail Drum, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-37 | Scotty Paul Garver, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-38 | Brenda Diane Greene v. Aqua-Chem, Inc., et al. |
| NCW 1 09-39 | Marvin Leroy Gee, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 09-73 | Billy Burklin Baber, et al. v. Aqua-Chem, Inc., et al. |

**NEW JERSEY**

| | |
|---|---|
| ~~NJ 2 09-193~~ | ~~Joseph A. Matuska, et al. v. ABB, Inc., et al.~~ Opposed 3/18/09 |
| ~~NJ 2 09-257~~ | ~~Gerald L. Hoffeditz, et al. v. AM General, LLC, et al.~~ Opposed 3/18/09 |

**NEW YORK SOUTHERN**

| | |
|---|---|
| ~~NYS 1 08-11010~~ | ~~Francis Bruce Travis v. 3M Co., et al.~~ Opposed 3/19/09 |
| NYS 1 08-11011 | Dwight O. Johnson, Jr. v. Anchor Packing, et al. |

**OHIO NORTHERN**

| | |
|---|---|
| OHN 1 09-10000 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN 1 09-10001 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |

**SOUTH CAROLINA**

| | |
|---|---|
| SC 0 09-100 | Joyce C. Moses, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 09-124 | Mendel Wayne Godfrey, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 09-222 | Dean Lynn Dover, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 09-224 | Jimmie Keith Chapman v. Aqua-Chem, Inc., et al. |
| SC 0 09-225 | Eugene Alfred Blackwell, et al. v. Aqua-Chem, Inc., et al. |
| SC 6 09-122 | Randall Jewell Booker, et al. v. Aqua-Chem, Inc., et al. |
| SC 6 09-162 | Larry Wayne Garmon, etc. v. Aqua-Chem, Inc., et al. |
| SC 7 09-179 | Leslie Steven Hall, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 09-99 | Donnie Ray Richardson v. Aqua-Chem, Inc., et al. |
| SC 8 09-101 | Eugene Mack Edney, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 09-125 | Michael Leonard Merck, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 09-127 | Richard L. Wentzky, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 09-163 | George Wesley Fincher, Jr. v. Aqua-Chem, Inc., et al. |
| SC 8 09-166 | Don Richard Cox, Sr. v. Aqua-Chem, Inc., et al. |
| SC 8 09-176 | Billy F. Owens, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 09-177 | Weldon Cleo Masters, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 09-180 | Tony Oral Getsinger, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-319 Tag-Along Actions (Continued)**

TEXAS WESTERN
TXW 6 08-365           Edward Wilhite, et al. v. Able Supply Co., et al.   **Vacated 3/12/09**

VIRGINIA EASTERN
| | |
|---|---|
| VAE 2 06-8895 | Robert E. Harrelson v. American Standard, Inc., et al. |
| VAE 2 06-8896 | Kenneth E. Leslie v. American Standard, Inc., et al. |
| VAE 2 06-8898 | Carl H. Wilson, Sr. v. American Standard, Inc., et al. |
| VAE 2 08-9436 | Larry A. Ayers v. American Standard, Inc., et al. |
| VAE 2 08-9437 | Thomas Babbs v. American Standard, Inc., et al. |
| VAE 2 08-9438 | Julius Bahn v. American Standard, Inc., et al. |
| VAE 2 08-9439 | Gordon E. Breimon v. American Standard, Inc., et al. |
| VAE 2 08-9440 | Leo M. Bresnahan v. American Standard, Inc., et al. |
| VAE 2 08-9441 | Kenneth K. Carter v. American Standard, Inc., et al. |
| VAE 2 08-9442 | Richard C. Clark v. American Standard, Inc., et al. |
| VAE 2 08-9443 | Charles B. Correll v. American Standard, Inc., et al. |
| VAE 2 08-9444 | Tommy L. Davis v. American Standard, Inc., et al. |
| VAE 2 08-9445 | Everett C. Eivins v. American Standard, Inc., et al. |
| VAE 2 08-9446 | Paul L. Green v. American Standard, Inc., et al. |
| VAE 2 08-9447 | Frank D. Hartman v. American Standard, Inc., et al. |
| VAE 2 08-9448 | John T. Huffman v. American Standard, Inc., et al. |
| VAE 2 08-9449 | Robert F. Novack v. American Standard, Inc., et al. |
| VAE 2 08-9450 | Paul A. Fowler, Sr. v. American Standard, Inc., et al. |
| VAE 2 08-9451 | Don F. Gulbronson v. American Standard, Inc., et al. |
| VAE 2 09-9471 | Louis Coy v. American Standard, Inc., et al. |
| VAE 2 09-9472 | Edward J. Meeker v. American Standard, Inc., et al. |
| VAE 2 09-9473 | Glen Nelson v. American Standard, Inc., et al. |
| VAE 2 09-9474 | Lester A. Newton v. American Standard, Inc., et al. |
| VAE 2 09-9475 | Bennie R. Pope v. American Standard, Inc., et al. |
| VAE 2 09-9476 | Richard H. Ramsey v. American Standard, Inc., et al. |
| VAE 2 09-9477 | Harold D. Roberts v. American Standard, Inc., et al. |
| VAE 2 09-9478 | Max L. Scheper v. American Standard, Inc., et al. |
| VAE 2 09-9479 | Jim D. Shell v. American Standard, Inc., et al. |
| VAE 2 09-9480 | Stanley E. Smith v. American Standard, Inc., et al. |
| VAE 2 09-9481 | Forest D. Stufflebean v. American Standard, Inc., et al. |
| VAE 2 09-9482 | Jack Timmins v. American Standard, Inc., et al. |
| VAE 2 09-9483 | Joe L. Michael v. American Standard, Inc., et al. |
| VAE 2 09-9484 | Eugene N. Petersen, Jr. v. American Standard, Inc., et al. |
| VAE 2 09-9485 | Paul J. Powers v. American Standard, Inc., et al. |
| VAE 4 08-3259 | Paul H. Schulte v. Amchem Products, Inc., et al. |
| VAE 4 08-3260 | Herbert N. Powell v. American Air Liquide Corp., et al. |
| VAE 4 08-3261 | Robert L. Corley, Jr. v. Amchem Products, Inc., et al. |
| VAE 4 08-3262 | Clark M. White v. Amchem Products, Inc., et al. |
| VAE 4 08-3263 | Stephen Carl Mapp, Sr. v. Amchem Products, Inc., et al. |
| VAE 4 08-3264 | Hardy McClease Gallop, Jr. v. Amchem Products, Inc., et al. |

Page 5 of 5

**MDL No. 875 - Schedule CTO-319 Tag-Along Actions (Continued)**

| | | |
|---|---|---|
| VAE | 4 08-3265 | James Edward Daniels, Jr. v. Amchem Products, Inc., et al. |
| VAE | 4 08-3266 | Timothy Swain v. Amchem Products, Inc., et al. |
| VAE | 4 08-3267 | Kenneth M. Watson v. Amchem Products, Inc., et al. |

**WISCONSIN EASTERN**

| | | |
|---|---|---|
| WIE | 2 08-1006 | Nancy Brix, etc. v. Albany International Corp., et al. |

Page 5 of 5

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

RECEIVED
APR - 1 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION
         MDL 875
         **CA-N, 3:08-5439, 3:08-5440**

Dear Clerk:

The enclosed copy of a Conditional Transfer Order **(CTO-319)** from the Judicial Panel is being sent to you regarding the involved action(s) listed on the attached schedule. These case(s) have been properly identified as multi district litigation asbestos cases.

**\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

*Tom Dempsey*

Tom Dempsey
MDL Docketing Clerk

Enclosure